UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re                                   Chapter 7
                                         Case No.: 13-76084-las
         ISAAC GRINSPAN,

               Debtor.
-------------------------------------------------------X
ISAAC J. GRINSPAN,                      Adv Proc No.: 14-08116-las

             Plaintiff,

         --against--

DAVID J SEIDEMANN, ESQ. and
TAMAR ARYN HARTMAN fka
TOMOR GRINSPAN,

             Defendants.
-------------------------------------------------------X

**PLAINTIFF'S AFFIDAVIT IN SUPPORT OF HIS CLAIM FOR HIS ACTUAL
DAMAGES AGAINST THE DEFENDANTS RELATED TO THEIR
WILLFUL VIOLATIONS OF THE AUTOMATIC STAY**

STATE OF NEW YORK      }
                             } ss.:
KINGS COUNTY             }

         Isaac J Grinspan, being duly sworn, deposes and says:

         1.      I am the plaintiff in the above entitled adversary proceeding (the "Adversary") and

have personal knowledge of the facts set forth below. I make this affidavit to prove up my actual

damages in the above referenced adversary proceeding pursuant to the decision of this Court after

trial holding that defendants, David J. Seidemann, Esq. and Tamar Aryn Hartman fka Tomor

Grinspan (together, the "Defendants"), "willfully violated the automatic stay and, by statute, are

liable for actual damages, including costs and attorneys' fees under § 362(k)." *Grinspan v.*

*Grinspan*, 597 B.R. 725, 730 (Bankr. E.D.N.Y. 2019). This decision of the Court is now final as

both defendants have withdrawn their respective appeals to the United States District Court for

the Eastern District of New York (the "District Court") and both matters have been closed by the

Clerk of the District Court. *See Tomor Grinspan v. Isaac J. Grinspan*, 2:19-cv-01162-JS

(E.D.N.Y.) and *David J. Seidemann v. Isaac J. Grinspan*, 2:19-cv-1098-JS (E.D.N.Y.).

## LEGAL FEES AND COSTS

A.    **Legal Fees and Costs of
      Bankruptcy Counsel During the Adversary**

2.    During the Adversary, I incurred legal fees and costs to my bankruptcy counsel,

Richard V. Kanter, Esq., to redress the stay violations of the Defendants related to their

post-petition efforts to hold me in contempt in the matrimonial action styled as Tomor Grinspan

v. Isaac Grinspan, Index No.: 200540/2010 (the "Matrimonial Action").

3.    The Adversary was heavily litigated from the commencement of the case on April

14, 2014 through the trial on the action held on April 20, 2016 (the "Litigation Period"). During

this time (and slightly afterward), my bankruptcy attorney submitted regular bills to me reflecting

the legal services rendered and the costs incurred during the Litigation Period. The legal bills that

I received from my bankruptcy attorney all relate to the matters in the Adversary.

4.    Annexed hereto and incorporated by reference, and made a part of my request for

actual damages, are the detailed time records ("time records") sent to me by my bankruptcy

counsel. The time records set forth chronologically all time entries for legal services rendered on

my behalf for which I seek reimbursement. The time records, annexed hereto as **Exhibit A**, cover

the Litigation Period. Also made part of my request for actual damages are the detailed records of

disbursements ("disbursement records") incurred during the Litigation Period. The disbursement

records are included at the end of the time records and cover the expenses for the Adversary. Attached to the front of the time and disbursement records is my bankruptcy attorney's certification establishing the evidentiary foundation for the billing records upon which I am relying on in this affidavit.

5.      For the legal services rendered on my behalf in the Adversary during the Litigation Period, I paid my bankruptcy attorney $62,748.49. For the expenses incurred on my behalf during this same period of time, I paid my bankruptcy attorney $909.82. In total, I paid my bankruptcy counsel $63,658.31 for the matters related to the Adversary.

6.      Moreover, I paid my bankruptcy counsel $3,500.00 to represent me in opposing the Defendants' appeals of this Court's decision to the District Court. Although the Defendants abandoned their appeals, I am seeking reimbursement of this amount as well. It is my position that this is amount fully compensable because it relates to legal services incurred on my behalf to preserve my rights, under this Court's decision, to financial redress for the Defendants' willful stay violations. This amount also covers the motion to amend the case caption in the Adversary. The motion was prompted because Tomor Grinspan legally changed her name to Tamar Aryn Hartman, unbeknownst to me or my bankruptcy counsel until months after it was done. Counsel reached out twice to Ms. Grinspan's counsel to stipulate to the amending the caption, but they would not consent. Thus, my bankruptcy attorney was compelled to prepare and file the motion in order to protect me from Ms. Grinspan (now, Ms. Hartman) avoiding her financial responsibilities, in the event this Court awards my actual damages, by changing the title of her assets to her new name.

7.      Between representing me as the plaintiff in the Adversary, the appellee in the two (2) appeals filed by the Defendants, and related matters, I paid my bankruptcy counsel a total of

$67,158.31, and I seek reimbursement of this amount jointly and severally against the Defendants.

**B.** **Legal Fees and Costs of Matrimonial Counsel**
**Related to the Defendants' Contempt Motion**

8. After I filed for bankruptcy, I retained Danielle Seid-Vazana, Esq., of the Law Offices of Anthony A. Capetola (the "Capetola Firm"), to represent me in the Matrimonial Action. Ms. Seid opposed the efforts by the Defendants in Matrimonial Court to hold me in contempt while I was under the protection of the bankruptcy stay. She filed pleadings with the Matrimonial Court, made court appearances before that court and coordinated with my bankruptcy counsel in various matters related to the Matrimonial Action and the Adversary. I incurred legal fees and costs to my matrimonial counsel for protecting me in the Matrimonial Court from the Defendants' stay violations.

9. Annexed hereto as **Exhibit B**, and incorporated by reference, and made a part of my request for actual damages, are the detailed time records sent to me by the Capetola Firm. The services rendered in the time records (that are highlighted and ticked) relate to, or are substantially intertwined with, protecting me from the stay violations or moving the Matrimonial Court to eliminate my responsibilities in connection with the money judgment the Defendant's sought to enforce in violation of the stay. Attached to the front of the time records is Ms. Seid-Vazana's certification of the time records from the time of the trial on the Adversary. The certification establishes the evidentiary foundation for the billing records upon which I am relying on in this affidavit.

10. For the legal services rendered on my behalf in the Matrimonial Action related to my actual damages caused by the stay violations, I paid the Capetola Firm $17,200.00. For the

expenses incurred on my behalf, I paid the Capetola Firm $45.00. In all, I paid the Capetola Firm

$17,245.00 for the matters related to its defense of the Defendants' contempt motion in the

Matrimonial Action.

## LOST WAGES

11.    At all relevant times herein, my employer was Modern Diagnostic Laboratory,

1412 Bayridge Ave, Brooklyn, NY 11219. During the Adversary, I lost one (1) days wages of

$150.00 appearing for trial on April 20, 2016. In connection with the Matrimonial Action, I lost

six (6) days wages totaling $900.00 appearing in Matrimonial Court in connection with the

Defendants' contempt motion against me. Those dates were December 5, 2013, December 19,

2013, January 14, 2014, February 6, 2014, April 17, 2014 and April 29, 2019, the last date being

when the Defendants' advised the Matrimonial Court to hold off decision on the contempt

motion. *Grinspan*, 597 B.R. at 732. My former employer was taken over this year by a company

called Centers Laboratory. I requested payroll records reflecting my lost wages, but I have been

advised by my current employer that the records cannot be retrieved. While I do not have these

records, I can nevertheless attest that I was not paid on the aforementioned dates and I remember

my biweekly paycheck being reduced by $150.00 for those days I missed work for the court

appearances.

## CONCLUSION

12.    WHEREFORE, based on the foregoing, I am respectfully requesting for my actual

damages, the following amounts from the Defendants, with responsibility being joint and several:

|   |   |   |
|---|---|---|
| A. | Legal Fees and Costs of Richard V. Kanter, Esq.: | $67,158.31 |
| B. | Legal Fees and Costs of the Capetola Firm: | $17,245.00 |
| C. | Lost Wages: | $ 1,050.00 |

**TOTAL AMOUNT SOUGHT AS
ACTUAL DAMAGES FROM DEFENDANTS:**          **$85,453.31**

Isaac J. Grinspan

Sworn to before me this
2nd day of July, 2019

Notary Public

RICHARD V. KANTER
Notary Public-State of New York
Reg. No. 02KA5044398
Qualified in Nassau County
Commission Expires: 5/30/2023

-6-

**EXHIBIT A**          **EXHIBIT A**          **EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re                                                                        Chapter 7
                                                                             Case No.: 13-76084-las
     ISAAC GRINSPAN,

       Debtor.
-------------------------------------------------------X
ISAAC J. GRINSPAN,                                          Adv Proc No.: 14-08116-las

       Plaintiff,

      --against--

DAVID J SEIDEMANN, ESQ. and
TAMAR ARYN HARTMAN fka
TOMOR GRINSPAN,

       Defendants.
-------------------------------------------------------X

## CERTIFICATION OF AUTHENTICITY OF LEGAL BILLS OF REGULARLY CONDUCTED ACTIVITY PURSUANT TO RULE 902(11) OF THE FEDERAL RULE OF EVIDENCE

      Richard V. Kanter, Esq., an attorney duly admitted to practice law before this Court, affirms the following under penalty of perjury the following:

      1.      I am the attorney for Isaac J. Grinspan, the plaintiff in this adversary proceeding.

      2.      I am records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

      3.      The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are collectively annexed to the Affidavit of Issac J. Grinspan, sworn to on July 2, 2019, as Exhibit A. The records are the legal bills submitted by my office to the plaintiff for the legal work performed during the course of, and in connection with, this adversary proceeding.

      4.      The records are duplicate copies of domestic (United States) business records, which are true and correct copies of the original records prepared and/or maintained by my law office.

5.      The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

6.      The records were kept in the course of regularly conducted business activity; and

7.      The records were made as a regular practice in the course of regularly conducted business activity.

DATED: Melville, New York
        July 2, 2019

_____
        Richard V. Kanter, Esq.
555 Broadhollow Road, Suite 411
Melville, New York  11747
(631) 845-1400

Attorney for Plaintiff,
Isaac Grinspan

# Richard V. Kanter
*Attorney at Law*
555 Broadhollow Road
Suite 274
Melville, New York 11747

Telephone: (631) 845-1400
Facsimile:   (631) 752-4603
email: rkanter111@aol.com

April 23, 2014

MR ISAAC GRINSPAN
430 RUGBY RD
CEDARHURST NY 11516-1243

RE: Bill for Services for Representation in
Isaac J Grinspan v. Tomor Grinspan and David J. Seidemann, Esq
Adv Proc No.: 14-08116-ccc

3/9/14
Meeting with client at his house to discuss proceeding against defendants          .8 (N/C)

3/13/14
Draft of motion in support of monetary sanctions against Tomor and          1.6
Seidemann for violations of the bankruptcy stay and for a permanent
Injunction

Legal research on automatic stay issues; domestic support          2.6
obligations; review cases

3/26/14
Draft of memorandum of law in support of sanctions motion          2.4

Legal research on stay exceptions; review cases          2.1

3/28/14
Continued draft of motion for sanctions; revisions          2.0

4/2/14
Review of pleadings and transcripts from state court from          1.4
both sides; organize for exhibits to motion for sanctions

Continued draft of motion for sanctions; revisions          1.3

Continued draft of memorandum of law          .9

4/3/14
Research on establishing DSO status and stay violations;          2.5
review cases;

-1-

| | |
|---|---|
| Continued draft of memorandum of law | 1.4 |
| **4/4/14** Revisions to memorandum of law | .5 |
| **4/8/14** Revisions to memorandum of law | .6 |
| **4/9/14** Revisions to affirmation in support of motion for sanctions; review docs sent by IG | 1.0 |
| Research on injunctive relief; grounds for; review cases | 2.3 |
| Draft of complaint against defendants for permanent injunction | 1.6 |
| Review docs sent by email from IG | .3 |
| **4/10/14** Further revisions to R Kanter affirmation | .5 |
| Draft of IG affidavit in support of shortened notice | .6 |
| Revisions to memorandum of law | .5 |
| Continued draft of complaint | 1.5 |
| Emails to/from IG (5x) re complaint | .1 |
| **4/11/14** Revisions to complaint | .5 |
| **4/14/14** Final revisions to motion for sanctions and memorandum of law | .8 |
| Review, prepare and organize exhibits for filing | 1.9 |
| Draft of R Kanter affirmation re requesting TRO | .4 |
| Draft of proposed order shortening notice | 1.2 |
| Call Christine Moffett re intent to file motion for expedited relief | .2 |

| | |
|---|---|
| Docket complaint, motion, memorandum of law and accompanying documents in support of sanctions | .8 |
| Draft of ltr to parties re intention to seek TRO | .3 |
| **4/15/14** | |
| Review order from Bankruptcy Court scheduling hearing on motion for sanctions on shortened notice | .3 |
| Prepare motion for service on named parties | 1.7** |
| **4/16/14** | |
| Email to D Seid about lawsuit against Tomor and Seidemann | .1 |
| **4/17/14** | |
| Draft affidavits of service for motion and complaint; file with Court | .3 |
| Tel conf with J Pilevsky re motion against Tomor | .1 |
| **4/18/14** | |
| Tel confs (5x) with J Pilevsky (Tomor's attorney) re adj 4/22 hearing because of holidays | .3 |
| Review and revisions to proposed stipulations (3) to adjourn or resolve motion for sanctions | .4 |
| Tel confs (2x) with D Seid and IG about adjournment | .2 |
| Emails (7x) to/from parties re case | .2 |
| **4/21/14** | |
| Ltr to J Pilevsky and Seidemann re Court's adjournment of IG motion | .3 |
| Call to Bankruptcy Court re adjournment and review email From Court about same | .1 |
| Email to D Seid re case against Tomor and Seidemann | .2 |

---

Total hours: 38.80
Total billable hours: 38.00

      36.30 at $325/hr                       $11,797.50
       1.70 at $110/hr                       $   187.00

---

Expenses:

| | |
|---|---|
| Postage | $  4.85 |
| Copies (890 pages @ .15) | $133.50 |
| Federal Express | $ 86.52 |
| Total expenses: | $224.87 |

---

Subtotal of fees and expenses              $12,209.37

---

Previous balance/(credit) (initial retainer)       ($7,500.00)

**Total due**                            **$4,709.37**
*Thank you. Payable on receipt*
Invoice #: 14-00422
File #: 0214-14

# Richard V. Kanter
*Attorney at Law*
555 Broadhollow Road
Suite 274
Melville, New York 11747

Telephone: (631) 845-1400
Facsimile:   (631) 752-4603
email: rkanter111@aol.com

May 15, 2014

MR ISAAC GRINSPAN
430 RUGBY RD
CEDARHURST NY 11516-1243

RE: Bill for Services for Representation in
Isaac J Grinspan v. Tomor Grinspan and David J. Seidemann, Esq
Adv Proc No.: 14-08116-ccc

| | |
|---|---|
| 4/23/14 Ltr to IG re adjourned hearing | .2 |
| 4/24/14 Ltr to parties' re adjournment | .3 |
| 4/30/14 Review opposition to Motion for Sanction against Tomor and Seidemann; notes to file | 1.8 |
| Tel confs (4x) with IG, D Seid and S Borofsky re opposition | .4 |
| Emails (7x) to/from client re: case | |
| 5/1/14 Draft D. Seid Affidavit in response to defendants' opposition | 1.1 |
| Tel conf (2x) with D Seid re revisions to affidavit | .3 |
| Begin draft of reply brief to Defendants' opposition | 1.4 |
| Tel conf with S Borofsky about events immediately prior to bankruptcy filing | .2 |
| Emails (5x) to/from client re Defendants' opposition | .2 |
| 5/3/14 Legal research on creditors' obligations in bankruptcy | .8 |
| Continued draft of reply brief | 1.6 |

-1-

| | |
|---|---|
| 5/4/14 | |
| Continued draft of reply brief | 1.5 |
| | |
| Legal research of Debtor's standing to object to claims; domestic support obligations versus penalties; stay violations; review cases | 2.2 |
| | |
| 5/5/14 | |
| Final draft and revisions to reply brief; review of case law used by opposition | 1.7 |
| | |
| Prepare reply brief for filing and service; file same electronically | .8 |
| | |
| Review draft of IG affidavit in support of reply; revisions; file same | .8 |
| | |
| 5/6/14 | |
| Travel to/appearance in Bankruptcy Court for IG's motion for sanctions against defendants; confer with client | 2.2 |
| | |
| Tel conf (2x) with D Seid about outcome | .3 |
| | |
| Tel conf with C Moffet re scheduling changes on motion | .1 |

----------------------------------------------------------------------

Total hours: 17.90
Total billable hours: 17.90
     17.90 at $325/hr            $ 5,817.50
----------------------

Expenses:
Postage                     $  7.23
Copies (84 pages @ .15)      $ 12.60

Total expenses:              $ 19.83
----------------------
Subtotal of fees and expenses      $ 5,837.33
----------------------
Previous balance            $ 4,709.37
----------------------
Payments              ($ 2,000.00)
----------------------
**Total due**               **$8,546.70**
*Thank you. Payable on receipt*
Invoice #: 14-00601
File #: 0214-14

-2-

### Richard V. Kanter
*Attorney at Law*
555 Broadhollow Road
Suite 274
Melville, New York 11747

Telephone:  (631) 845-1400
Facsimile:   (631) 752-4603
email: rkanter111@aol.com

June 3, 2014

MR ISAAC GRINSPAN
430 RUGBY RD
CEDARHURST NY 11516-1243

     RE: Bill for Services for Representation in
     Isaac J Grinspan v. Tomor Grinspan and David J. Seidemann, Esq
     Adv Proc No.: 14-08116-cec

No activity

---------------------------------------------------------------------------------------------

Total hours: 00.00
Total billable hours: 00.00
        _____ at $325/hr                    $     0.00
----------------------

Expenses:
Postage                           $   0.00
Copies (_____ pages @ .15)     $   0.00

Total expenses:                      $     0.00
----------------------

Subtotal of fees and expenses        $     0.00
----------------------

Previous balance                  $ 8,546.70
----------------------

Payments                       ($ 3,500.00)
----------------------

**Total due**                     $5,046.70
*Thank you. Payable on receipt*
Invoice #: 14-00655
File #: 0214-14

-1-

Telephone: (631) 845-1400
Facsimile:   (631) 752-4603
email: rkanter111@aol.com

# Richard V. Kanter
*Attorney at Law*
555 Broadhollow Road
Suite 274
Melville, New York 11747

July 15, 2014

MR ISAAC GRINSPAN
430 RUGBY RD
CEDARHURST NY 11516-1243

RE: Bill for Services for Representation in
Isaac J Grinspan v. Tomor Grinspan and David J. Seidemann, Esq
Adv Proc No.: 14-08116-cec

| | |
|---|---|
| **6/11/14** | |
| Emails (7x) to/from client re adversary proceeding and case status | .4 |
| Review of Family Court proceeding transcript related to Tomor's non-payment proceeding | .4 |
| **6/12/14** | |
| Emails (2x) to/from client | .1 |
| **6/13/14** | |
| Emails (3x) to/from client | .1 |
| **6/16/14** | |
| Organize file; review docs for 6/18/14 hearing on motion for sanctions | .5 |
| Draft of outline for witness examinations and oral argument for 6/18/14 hearing | 1.8 |
| **6/17/14** | |
| Additional draft of examination and oral argument outlines for hearing | 1.0 |
| **6/18/14** | |
| Travel to/appearance at hearing on IG's motion for sanctions; oral argument; confer with adversary and client | 2.8 |
| **6/23/14** | |
| Review of defendants' answer to IG's complaint; notes to file | .4 |

6/25/14
Review of Court's scheduling Order                                                    .2

6/29/14
Draft of IG's discovery demands to Tomor and Seidemann:              2.3
Document requests, interrogatories, and notice of deposition

6/30/14
Revisions to discovery requests; service of same on defendants;       1.9
draft of certificate of service

Draft of subpoena to S Borofsky                                                      .3

7/2/14
Preparation of Rule 7026(a) disclosures; file with court                     .4

7/3/14
Tel confs (2x) with client re case status                                            .7

Review of Defendants' Rule 7026 disclosures and other                     .2
discovery items

7/8/14
Settlement conf with defendants' attorney                                        .5

7/9/14
Receipt and review of settlement proposal from defendants              .2

Emails (12x) to/from J Pilevsky re settlement proposal                     .3

Tel conf with IG re settlement proposal                                           .1

7/14/14-7/15/14
Tel confs (2x) with client re Borofsky issues                                  .5 N/C

Prepare waiver of conflict affidavit for Borofsky                              .3

-------------------------------------------------------------------------------------------
Total hours: 15.40
Total billable hours: 14.90
         14.90 at $325/hr                                          $   4,842.50
-----------------------

Expenses:

| | |
|---|---|
| Postage | $ 4.58 |
| Copies (96 pages @ .15) | $ 14.40 |
| Witness fee to Borofsky | $ 50.00 |

Total expenses: $ 68.98

-----------------------
-----------------------

Subtotal of fees and expenses $ 4,911.48

-----------------------

Previous balance $ 5,046.70

-----------------------

Payments ($ 3,000.00)

-----------------------

**Total due** **$6,958.18**

*Thank you. Payable on receipt*
Invoice #: 14-00905
File #: 0214-14

**Richard V. Kanter**
*Attorney at Law*
555 Broadhollow Road
Suite 274
Melville, New York 11747

Telephone: (631) 845-1400
Facsimile:  (631) 752-4603
email: rkanter111@aol.com

August 21, 2014

MR ISAAC GRINSPAN
430 RUGBY RD
CEDARHURST NY 11516-1243

RE: Bill for Services for Representation in
Isaac J Grinspan v. Tomor Grinspan and David J. Seidemann, Esq
Adv Proc No.: 14-08116-ccc

7/15/14
Review of S Borofsky's motion to quash subpoena                                    .3

8/1/14
Draft of objection to motion to quash; legal research; file same                  1.0
with court

8/4/14
Tel conf with IG re depositions of TG and DS; necessity for                        .1

Email to J Pilevsky re adj witness depos                                           .1

8/5/14
Travel to/appearance in court for motion to quash subpoena                        1.3
(pro-rated with another case)

8/6/14
Email from J Pilevsky re depositions                                               .1

8/11/14
Review discovery responses from TG and DS to IG's discovery                       .5
Requests; notes to file

8/12/14
Emails (3x) to/from J Pilevsky re IG's depositions                                 .1

8/18/14
Review Defendants' motion to extend discovery deadlines                            .3

8/19/14

-1-

| | |
|---|---|
| Prep for Borofsky depo; review exhibits; prepare outline | 1.6 |
| Tel conf with S Borofsky confirming depo | .1 |
| 8/20/14 Travel to/appearance at NC Sup Crt to take S Borofsky deposition | 2.2 |

---

Total hours: 7.70
Total billable hours: 7.70
      7.70 at $325/hr                 $ 2,502.50

---

Expenses:
Postage                     $  2.76
Copies (12 pages @ .15)       $  1.80

Total expenses:               $    4.56

---

Subtotal of fees and expenses       $ 2,507.06

---

Previous balance (*Invoice #: 14-00905*)   $ 6,958.18    **PAST DUE**

---

Payments                    ($    0.00)

---

**Total due**                  $ 9,465.24
*Thank you. Payable on receipt*
Invoice #: 14-00977
File #: 0214-14

Telephone:  (631) 845-1400
Facsimile:   (631) 752-4603

email: rkanter111@aol.com
website: www.bankruptcyny.com

# Richard V. Kanter

*Attorney at Law*

555 Broadhollow Road
Suite 274
Melville, New York 11747

September 19, 2014

MR ISAAC GRINSPAN
430 RUGBY RD
CEDARHURST NY 11516-1243

RE: Bill for Services for Representation in
Isaac J Grinspan v. Tomor Grinspan and David J. Seidemann, Esq
Adv Proc No.: 14-08116-las

9/10/14
Receipt and review of depo transcipt of S Borofsky;                          .5
notes to file

9/10/14
Email to S Borofsky with cover ltr re depo transcript                        .5

-------------------------------------------------------------------------------

Total hours: 1.0
Total billable hours: 1.0
    1.0 at $325/hr                                         $ 325.00
----------------------

Expenses:
Court reporter for deposition                      $266.50

Total expenses:                                                              $ 266.50
----------------------

----------------------
Subtotal of fees and expenses                                               $  591.50
----------------------
Previous balance                                                            $9,465.24
----------------------
Payments                                                                    ($3,000.00)
----------------------
**Total due**                                                               **$ 7,056.74**
*Thank you. Payable on receipt*
Invoice #: 14-00986
File #: 0214-14

-1-

Telephone: (631) 845-1400
Facsimile: (631) 752-4603

email: rkanter111@aol.com
website: www.bankruptcyny.com

### Richard V. Kanter
*Attorney at Law*
555 Broadhollow Road
Suite 274
Melville, New York 11747

October 31, 2014

MR ISAAC GRINSPAN
430 RUGBY RD
CEDARHURST NY 11516-1243

      RE: Bill for Services for Representation in
      Isaac J Grinspan v. Tomor Grinspan and David J. Seidemann, Esq
      <u>Adv Proc No.: 14-08116-las</u>

10/24/14
Review of Court's amended pre-trial order           .1

10/30/14
Ltr to J Scarcella requesting pre-motion conference     .3

---

Total hours: 0.4
Total billable hours: 0.4
      0.4 at $325/hr                   $ 130.00

<u>Expenses:</u>

Total expenses:                   $  0.00

Subtotal of fees and expenses          $ 130.00

Previous balance                $7,056.74

Payments                      ($0.00)

**Total due**                   $ 7,186.74
*Thank you. Payable on receipt*
Invoice #: 14-01047
File #: 0214-14



-1-

# Richard V. Kanter
*Attorney at Law*
555 Broadhollow Road
Suite 274
Melville, New York 11747

Telephone: (631) 845-1400
Facsimile: (631) 752-4603

email: rkanter111@aol.com
website: www.bankruptcyny.com

December 29, 2014

MR ISAAC GRINSPAN
430 RUGBY RD
CEDARHURST NY 11516-1243

RE: Bill for Services for Representation in
Isaac J Grinspan v. Tomor Grinspan and David J. Seidemann, Esq
Adv Proc No.: 14-08116-las

| Date | Description | Hours |
|---|---|---|
| 11/4/14 | Travel to/from Bankruptcy Court for pre-trial conference | 1.5 |
| 11/5/14 | Draft of LBR 7056-1 statement in support of motion for summary judgment; review select pleadings for undisputed facts | 2.5 |
| 11/6/14 | Draft of RVK affirmation in support of summary judgment | 1.3 |
| 11/7/14 | Draft of IG affidavit in support of summ jx | 1.2 |
| | Revisions to LBR 7056 statement; RVK affirmation and IG affidavit | 1.1 |
| 11/11/14 | Research on select issues regarding summary jx motion; review cases | 1.6 |
| | Draft of memorandum of law in support of summ jx--standard of review; "passive approach" to litigation; permanent injunction elements | 1.4 |
| 11/12/14 | Additional revisions to supporting affirmation and affidavit; emails (2x) to IG for comment | .8 |
| | Research on Defendants' affirmative defenses and dismissal of same | .9 |

11/14/14
Continued draft of memorandum of law; review prior pleadings addressing          2.8
the same issues

11/15/14
Continued draft of memorandum of law; revisions to brief                         1.8

11/17/14
Final revisions to all pleadings                                                  .6

Draft of notice of motion and table of contents                                   .4

Review and assemble exhibits for motion for summ jx                               .7

Electronic file motion for summ jx                                                .3

11/18/14
Review Defendants' motion for summary judgment; notes to file                    1.5

11/24/14
Review of Defendants' LBR 7056 statement                                          .6

12/1/14
Draft of Plaintiff's counterstatement to Defendants' LBR 7056                    1.1
Statement.

Legal research on procedural defects in motion for                              1.5
summary judgment

12/2/14
Draft of reply brief to Defendants' motion for summ jx-procedural               2.5
defects; distinguishing cases cited by the Defendants; other points

12/3/14
Revisions to counterstatement                                                    1.2

Final revisions to all reply pleadings                                           1.7

Electronic filing of reply papers with Court                                      .4

12/16/14
Travel to/appearance at hearing on motion for summary judgment                  2.0

Emails (2x) to/from IG re outcome of hearing                                      .3

---------------------------------------------------------------------------------

Total hours: 31.7
Total billable hours: 31.7
      31.7 at $325/hr                                     $10,302.50

-----------------------

Expenses:
Copies  (618 pages)                  $  92.70
Postage                           $  30.08

-----------------------

-----------------------

Subtotal of fees and expenses            $10,425.28

-----------------------

Previous balance                     $ 7,186.74

-----------------------

Payments                        ($7,186.74)

-----------------------

**Total due**                       **$  10,425.28**
*Thank you. Payable on receipt*
Invoice #: 14-01111
File #: 0214-14

-3-

**Richard V. Kanter**
*Attorney at Law*
555 Broadhollow Road
Suite 274
Melville, New York 11747

Telephone:  (631) 845-1400
Facsimile:   (631) 752-4603

email: rkanter111@aol.com
website: www.bankruptcyny.com

February 3, 2015

MR ISAAC GRINSPAN
430 RUGBY RD
CEDARHURST NY 11516-1243

RE: Bill for Services for Representation in
Isaac J Grinspan v. Tomor Grinspan and David J. Seidemann, Esq
Adv Proc No.: 14-08116-las

---

1/6/15
Tel conf with Christine Moffitt (Judge's courtroom deputy) re                     .2
Status of the order from hearing on summary judgment

1/22/15
Emails (3x) to/from client re case                                                        .2 N/C

1/29/15
Tel conf with J Pilevsky re status of case and possible                          .2
settlement of same

Total hours: 0.6
Total billable hours: 0.4
     0.4 at $325/hr                                    $130.00

---

Expenses:
Postage                                  $0.00
Copies ( _____ @.15)            $0.00

---

Subtotal of fees and expenses                                                  $130.00

---

Previous balance (**PAST DUE**)                                          $10,425.28

---

Payments                                                                               ($0.00)

---

**Total due**                                                              $ **10,555.28**
*Thank you. Payable on receipt*
Invoice #: 15-00032
File #: 0214-14

-1-

Telephone: (631) 845-1400
Facsimile:  (631) 752-4603

email: rkanter111@aol.com
website: www.bankruptcyny.com

# Richard V. Kanter
*Attorney at Law*
555 Broadhollow Road
Suite 274
Melville, New York 11747

March 9, 2015

MR ISAAC GRINSPAN
430 RUGBY RD
CEDARHURST NY 11516-1243

RE: Bill for Services for Representation in
Isaac J Grinspan v. Tomor Grinspan and David J. Seidemann, Esq
Adv Proc No.: 14-08116-las

--------------------------------------------------------------------

No activity

Total hours: 0.0
Total billable hours: 0.0
    0.0 at $325/hr                          $0.00
----------------------
Expenses:
Postage                                      $0.00
Copies ( _____ @.15)                       $0.00
----------------------
Subtotal of fees and expenses                             $   0.00
----------------------
Previous balance                                          $10,555.28
----------------------
Payments                                                 ($4,000.00)
----------------------
**Total due**                                            $  6,555.28
*Thank you. Payable on receipt*
Invoice #: 15-00091
File #: 0214-14

-1-

**Richard V. Kanter**
*Attorney at Law*
555 Broadhollow Road
Suite 274
Melville, New York 11747

Telephone: (631) 845-1400
Facsimile:  (631) 752-4603

email: rkanter111@aol.com
website: www.bankruptcyny.com

April 15, 2015

MR ISAAC GRINSPAN
430 RUGBY RD
CEDARHURST NY 11516-1243

RE: Bill for Services for Representation in
Isaac J Grinspan v. Tomor Grinspan and David J. Seidemann, Esq
Adv Proc No.: 14-08116-las

--------------------------------------------------------------------------------

No activity

Total hours: 0.0
Total billable hours: 0.0                          $0.00
    0.0 at $325/hr

----------------------
Expenses:                                          $0.00
Postage                                            $0.00
Copies ( _____ @.15)
                                                                    $   0.00
----------------------
Subtotal of fees and expenses
----------------------                                              $ 6,555.28
Previous balance
----------------------                                             ($3,500.00)
Payments
----------------------
**Total due**                                                      $ 3,055.28
*Thank you. Payable on receipt*
Invoice #: 15-00160
File #: 0214-14

-1-

**Richard V. Kanter**
*Attorney at Law*
555 Broadhollow Road
Suite 274
Melville, New York 11747

Telephone:  (631) 845-1400
Facsimile:  (631) 752-4603

email: rkanter11@aol.com
website: www.bankruptcyny.com

May 20, 2015

MR ISAAC GRINSPAN
430 RUGBY RD
CEDARHURST NY 11516-1243

RE: Bill for Services for Representation in
Isaac J Grinspan v. Tomor Grinspan and David J. Seidemann, Esq
Adv Proc No.: 14-08116-las

-----------------------------------------------------------------------------

No activity

Total hours: 0.0
Total billable hours: 0.0
        0.0 at $325/hr                              $0.00
-------------------
Expenses:
Postage                                            $0.00
Copies ( _____ @.15)                             $0.00
-------------------
Subtotal of fees and expenses                                    $   0.00
-------------------
Previous balance (**Past due**)                                  $ 3,055.28
-------------------
Payments                                                          ($0.00)
-------------------
**Total due**                                                    $  3,055.28
*Thank you. Payable on receipt*
Invoice #: 15-00211
File #: 0214-14

-1-

# Richard V. Kanter
*Attorney at Law*
555 Broadhollow Road
Suite 274
Melville, New York 11747

Telephone:  (631) 845-1400
Facsimile:   (631) 752-4603

email: rkanter111@aol.com
website: www.bankruptcyny.com

October 16, 2015

MR ISAAC GRINSPAN
430 RUGBY RD
CEDARHURST NY 11516-1243

> RE: Bill for Services for Representation in
> Isaac J Grinspan v. Tomor Grinspan and David J. Seidemann, Esq
> Adv Proc No.: 14-08116-las

--------------------------------------------------------------------------------

7/20/15
Review Order denying motion for summary judgment; tel conf with                .7
client to discuss outcome and appeal

7/22/15
Review pretrial order                                                          .2

8/18/15
Emails (2x) from J Pilevsky re meet and confer                                 .1

8/20/15
Emails (5x) to/from IG re case                                                 .3

8/24/15
Draft initial JPTM in case; review file                                       2.5

8/26/15
Revisions to JPTM; forward to J Pilevsky                                       .8

Emails (5x) to/from J Pilevsky re extending times to file JPTM, etc            .3

8/28/15
Emails (7x) to/from J Pilevsky re motion to extend deadlines                   .5

9/3/15
Tel conf with IG re case                                                       .2

10/11/15
Review of proposed exhibits for inclusion in JPTM                             .9

10/12/15
Review email from J Pilevsky re JPTM                                      .1

10/13/15
Review of Ds' red lined version of JPTM; note to file; compare            2.2
with Ds' 7056-1 counterstatement

Emails (12x) to/from J Pilevsky re JPTM re changes, revisions, etc         .8

10/14/15
Tel conf w/ JP re JPTM changes                                            1.2

Revisions to JPTM                                                         1.6

Review of docs from state court matter provided by IG                     .4

10/15/15
Tel conf with J Pilevsky re using RVK as witness                          .2

Additional revisions and review to JPTM                                  1.7

Emails (5x) to/from J Pilevsky                                            .2

10/16/15
Revisions to JPTM; emails (18x) to/from J Pilevsky                        1.5
re JPTM

Draft of Borofsky deposition synopsis                                     .5

Copying, organizing and assembling exhibits for exhibit book             3.0*

-----------------------------------------------------------------------------------
Total hours: 19.9
Total billable hours: 19.9
    16.9 at $325/hr              $5,492.50
    3.0 at $110/hr               $  330.00
------------------------
Expenses:
Postage                           $    0.00
Copies (746 @.15)                 $  111.90
------------------------
Subtotal of fees and expenses                            $ 5,934.40
------------------------
Previous balance                                         $ 3,055.28

-----------------------
Payments (balance applied from appeal retainer)                                    ($3,750.00)
-----------------------

**Total due**                                                                    $  **5,239.68**
*Thank you. Payable on receipt*
Invoice #: 15-00700
File #: 0214-14

Telephone: (631) 845-1400
Facsimile: (631) 752-4603

email: rkanter111@aol.com
website: www.bankruptcyny.com

# Richard V. Kanter
*Attorney at Law*
555 Broadhollow Road
Suite 274
Melville, New York 11747

February 8, 2016

MR ISAAC GRINSPAN
430 RUGBY RD
CEDARHURST NY 11516-1243

RE: Bill for Services for Representation in
Isaac J Grinspan v. Tomor Grinspan and David J. Seidemann, Esq
Adv Proc No.: 14-08116-las

---

| | |
|---|---|
| 10/16/15 <br> Draft of pretrial memorandum of law; revisions | 2.8 |
| 10/19/15 <br> Draft of FRE certification of business records - bills to IG | .6 |
| Ltr to C Moffitt re trial exhibits | .3 |
| Organize, assemble, review legal bills | .5 |
| Emails (2x) to J Pilevsky with legal bills | .2 |
| 10/21-22/15 <br> Emails (6x) to/from J Pilevsky re final pretrial conf | .3 |
| 11/12/15 <br> Email to J Pilevsky re vacatur of Tomor's judgment-modification <br> of joint pretrial memo | .3 |
| 12/7/15 <br> Emails (9x) to/from J Pilevsky re modifying JPTM in light <br> of Tomor judgment | .6 |
| 12/8/15 <br> Travel to/appearance at hearing in Bankruptcy Court for <br> final pretrial conf - adj to 12/29 | 3.2 |
| 12/29/15 <br> Travel to/appearance at final pretrial conf | 3.0 |

2/4/16
Preparation of trial subpoenas                                                          1.0

2/5/16
Review pleadings in case                                                                3.0

--------------------------------------------------------------------------------------------

Total hours: 15.8
Total billable hours: 15.8 at $325/hr         $5,135.00
-----------------------
Expenses:
Postage                              $    2.08
Fed Ex                               $   18.67
Copies (55 @.15)                     $    8.25
-----------------------
Subtotal of fees and expenses                              $  5,164.00
-----------------------
Previous balance                                           $  5,239.68
-----------------------
Payments                                                  ($     0.00)
-----------------------
**Total due**                                             **$10,403.68**
*Thank you. Payable on receipt*
Invoice #: 16-0209
File #: 0214-14

-2-

**Richard V. Kanter**
*Attorney at Law*
555 Broadhollow Road
Suite 274
Melville, New York 11747

Telephone: (631) 845-1400
Facsimile: (631) 752-4603

email: rkanter111@aol.com
website: www.bankruptcyny.com

February 8, 2016

MR ISAAC GRINSPAN
430 RUGBY RD
CEDARHURST NY 11516-1243

RE: Bill for Services for Representation in
Isaac J Grinspan v. Tomor Grinspan and David J. Seidemann, Esq
Adv Proc No.: 14-08116-las

--------------------------------------------------------------------------------

| | |
|---|---|
| 10/16/15<br>Draft of pretrial memorandum of law; revisions | 2.8 |
| 10/19/15<br>Draft of FRE certification of business records - bills to IG | .6 |
| Ltr to C Moffitt re trial exhibits | .3 |
| Organize, assemble, review legal bills | .5 |
| Emails (2x) to J Pilevsky with legal bills | .2 |
| 10/21-22/15<br>Emails (6x) to/from J Pilevsky re final pretrial conf | .3 |
| 11/12/15<br>Email to J Pilevsky re vacatur of Tomor's judgment-modification<br>of joint pretrial memo | .3 |
| 12/7/15<br>Emails (9x) to/from J Pilevsky re modifying JPTM in light<br>of Tomor judgment | .6 |
| 12/8/15<br>Travel to/appearance at hearing in Bankruptcy Court for<br>final pretrial conf - adj to 12/29 | 3.2 |
| 12/29/15<br>Travel to/appearance at final pretrial conf | 3.0 |

-1-

2/4/16                                                                                          1.0
Preparation of trial subpoenas

2/5/16                                                                                          3.0
Review pleadings in case

--------------------------------------------------------------------------------------------

Total hours: 15.8
Total billable hours: 15.8 at $325/hr          $5,135.00
----------------------

Expenses:
Postage                              $     2.08
Fed Ex                               $   18.67
Copies (55 @.15)                     $     8.25
----------------------
                                                                    $  5,164.00
Subtotal of fees and expenses
----------------------
                                                                    $  5,239.68
Previous balance
----------------------
                                                                    ($       0.00)
Payments
----------------------

**Total due**                                                       **$10,403.68**
*Thank you. Payable on receipt*
Invoice #: 16-0209
File #: 0214-14

# Richard V. Kanter

*Attorney at Law*
555 Broadhollow Road
Suite 274
Melville, New York 11747

Telephone:  (631) 845-1400
Facsimile:   (631) 752-4603

email: rkanter111@aol.com
website: www.bankruptcyny.com

July 18, 2016

MR ISAAC GRINSPAN
430 RUGBY RD
CEDARHURST NY 11516-1243

RE: Bill for Services for Representation in
Isaac J Grinspan v. Tomor Grinspan and David J. Seidemann, Esq
Adv Proc No.: 14-08116-las

--------------------------------------------------------------------------------

2/8/16
Preparation of updated billing statements for inclusion                          .5
as trial exhibit; email same to J Pilevsky for inclusion
in trial book

2/9/16
Tel conf with D Seid re case                                                     .1

2/11/16
Emails (6x) to/from IG re trial subpoena in Trustee v. Isaacson                  .2

2/12/16
Tel conf with IG re case                                                         .2

Email to D Seid re trial subpoena from TE's office                               .2

Email from TE's office w/ IG subpoena                                            .1

2/14/16
Review email and attachments from Isaacson's lawyer                              .2
re VIN numbers of vehicles

2/15/16
Emails (2x) to/from IG re accepting service of subpoena                          .1

2/16/16
Emails (9x) to/from IG re case                                                   .3

Tel conf with IG                                                                 .1

-1-

2/19/16
Review proposed stip between Huntington Bank and Propump          .2
re motion for relief from stay

Emails (3x) to/from IG re adj of TE v. Isaacson trial              .1

2/22/16
Emails (5x) to/from IG re Nissim's case                           .1

2/23/16
Tel conf with IG                                                  .1

2/25/16
Emails (2x) to/from D Seid re meeting on 2/26/16                  .1

Receipt and cursory review of Capetola's bills to                .5
be included as trial exhibits

2/26/16
Mtg with IG and D Seid at Supreme Court to discuss case;          2.6
trial testimony; travel back to office

Emails (15x) to/from J Pilevsky, C Moffit, S Borofsky,           .8
re assorted trial issues

Filing of S Borofsky depo transcript with Crt                    .2

2/29/16
Emails (15x) to/from C Moffit, IG and D Seid re Crt's adj         .7
of 3/7 trial date

Tel conf (2x) with C Moffitt re adj of trial by Crt              .1

Tel confs (3x) w/ IG re adj of trial by Court                    .5

3/1/16
Emails (5x) to/from J Pilevsky re scheduling of new trial date   .1

3/8/16
Emails (2x) to/from Crt re new trial date                        .1

3/10/16
Tel conf with IG                                                 .1

3/17/16
Tel conf with IG                                                                          .1

4/5/16
Review of trial exhibits (both sides); notes                                              2.5

Preparation of D Seid direct exam outline                                                 2.5

4/6/16
Emails (3x) to/from D Seid re new trial date                                              .1

Preparation of Seid FRE certification                                                     .3

Continued review of trial exhibits                                                        1.5

Revisions to Seid outline                                                                 1.0

Tel conf with IG                                                                          .3

Research on evidentiary issues; hearsay                                                   .8

4/7/16
Emails (4x) to/from H Somer re Pro Pump trial                                             .1

4/8/16
Review of select state court pleadings and                                               2.0
pleading filed in instant case; notes

Preparation of Seidemann outline for direct and cross exam                                3.0

4/12/16
Prepare/review trial exhibit with Capetola's bill;                                        .7
email same to Pilevsky

4/14/16
Review additional state court docs sent by D Seid                                         .6

Emails (3x) to/from D Poulos re case                                                      .1

Revisions to Seidemann outlines                                                           .7

4/18/16
Preparation of IG examination outline for trial                                           1.5

Tel conf with IG re case                                                                  .1

| | |
|---|---|
| Preparation of Tomor exam outline for trial | .5 |
| 4/19/16 | |
| Ltr to D Seid re trial subpoena | .5 |
| Tel confs (3x) with D Seid re case and testimony for trial | 1.0 |
| Emails (3x) from D Poulos re case with attachments | 1.0 |
| Final revisions to trial outlines; review of same, exhibits and impeachment documents | 3.3 |
| Tel conf with IG | .1 |
| Review email from IG with comments re trial | .2 |
| 4/20/16 | |
| Travel to/appearance in Bankruptcy Court for trial, full day+ | 9.0 |
| Tel conf with IG | .2 |
| 4/21/16 | |
| Review email from IG with comments re trial | .2 |
| Tel conf with IG | .3 |
| 4/22/16 | |
| Review email from IG with comments re trial; notes | .2 |
| 4/25/16 | |
| Review email from IG with comments re trial | .1 |
| Tel conf with D Seid re case | .4 |
| 4/29/16 | |
| Organize file | .6 |
| 5/2/16 | |
| Initial outline for post-trial submissions | 1.2 |
| 5/6/16 | |
| Email from C Moffit re post-trial submissions | .1 |

-----------------------------------------------------------------------------------------

Total hours: 45.1
Total billable hours: 45.1 at $350/hr[1]          $15,785.00
-----------------------

Expenses:
Postage                                      $       0.49
Copies (162 @.20)                            $      32.40
-----------------------
Subtotal of fees and expenses                                  $  15,817.89
-----------------------
Previous balance                                               $  10,403.68
-----------------------
Payments                                                       ($   9,000.00)
-----------------------
**Total due**                                                  **$17,221.57**
*Thank you. Payable on receipt*
Invoice #: 16-0555
File #: 0214-14

-----------------------------------------------------------------------------------------

[1] Increase in hourly rate effective January 1, 2016

Telephone: (631) 845-1400
Facsimile: (631) 752-4603

email: rkanter111@aol.com
website: www.bankruptcyny.com

# Richard V. Kanter
*Attorney at Law*
555 Broadhollow Road
Suite 274
Melville, New York 11747

April 3, 2017

MR ISAAC GRINSPAN
430 RUGBY RD
CEDARHURST NY 11516-1243

> RE: Bill for Services for Representation in
> Isaac J Grinspan v. Tomor Grinspan and David J. Seidemann, Esq
> Adv Proc No.: 14-08116-las

------------------------------------------------------------------------------------

No activity

----------------------

Subtotal of fees and expenses                                        $     0.00

----------------------

Previous balance                                                     $17,221.57

----------------------

Payments                                                             ($10,575.33)

----------------------

**Total due**                                                        **$6,646.24**

*Thank you. Payable on receipt*
Invoice #: 17-0237
File #: 0214-14

-1-

**EXHIBIT B**         **EXHIBIT B**         **EXHIBIT B**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re                                                    Chapter 7
                                                         Case No.: 13-76084-las
    ISAAC GRINSPAN,

        Debtor.
------------------------------------------------------X
ISAAC J. GRINSPAN,                                       Adv Proc No.: 14-08116-las

        Plaintiff,

    --against--

TOMOR GRINSPAN and
DAVID J SEIDEMANN, ESQ.,

        Defendants.
------------------------------------------------------X

## CERTIFICATION OF AUTHENTICITY OF LEGAL BILLS OF
## REGULARLY CONDUCTED ACTIVITY PURSUANT TO RULE 902(11)
## OF THE FEDERAL RULE OF EVIDENCE

      Danielle Seid-Vazana, Esq., an attorney duly admitted to practice law before this Court, affirms the following under penalty of perjury the following:

      1.    I am an attorney associated with the The Law Offices of Anthony A. Capetola. We represent Isaac J. Grinspan in the post-judgment phase of the matrimonial action now pending in the Supreme Court, Nassau County, between the Mr. Grinspan and his former spouse, Tomor Grinspan.

      2.    I am records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

      3.    The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are collectively part of plaintiff's Exhibit 14. The records are the select legal bills submitted by my office to the plaintiff for the legal work performed during the course of, and in connection with, the legal matter for which my office is representing him.

      4.    The records are duplicate copies of domestic (United States) business records, which are true and correct copies of the original records prepared and/or maintained by my law office.

5.     The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

6.     The records were kept in the course of regularly conducted business activity; and

7.     The records were made as a regular practice in the course of regularly conducted business activity.

DATED: Melville, New York
          April _14_, 2016

_____
Daniel Seid Vazana, Esq.

The Law Offices of
**ANTHONY A. CAPETOLA**
ATTORNEYS AND COUNSELORS AT LAW
TWO HILLSIDE AVENUE
BUILDING C
WILLISTON PARK, NY 11596
TEL:(516) 746-2300
FAX:(516) 746-2318

January 06, 2014

Isaac Grinspan
430 Rugby Road
Cedarhurst, NY 11515

In Reference To:  Grinspan v. Grinspan

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/10/2013 | DS | In office consultation with client (NO CHARGE) | 2.00 | NO CHARGE |
| 12/13/2013 | DS | Telephone conference with adversary | 0.25 | 100.00 |
| 12/17/2013 | DS | Response to letter of David Seidemann, Esq. | 0.25 | 100.00 |
| | DS | Telephone conference with bankruptcy attorney | 0.25 | 100.00 |
| 12/19/2013 | DS | Letter to Seidemann; telephone conference with Law guardian and client | 0.75 | 300.00 |
| 12/20/2013 | AAC | Review letters and subpoenas. | 0.50 | 300.00 |
| | DS | Review of letter from adversary to bankruptcy trustee | 0.50 | 200.00 |
| 12/26/2013 | DS | Reviewed file in its entirety | 2.00 | 800.00 |
| | DS | Letter to adversary | 0.25 | 100.00 |
| | DS | Telephone conference with law guardian. | 0.25 | 100.00 |
| 12/27/2013 | DS | Reviewed and forwarded documents to Law guardian for meeting on December 30th | 0.50 | 200.00 |
| 12/30/2013 | DS | Travel and meeting with client and Law Guardian | 2.00 | 800.00 |
| 12/31/2013 | DS | Prepared authorization for client to execute and provide to Law Guardian; began draft of cross-motion | 3.50 | 1,400.00 |

| | Hours | Amount |
|---|---|---|
| For professional services rendered | 13.00 | $4,500.00 |

Accounts receivable transactions

| | | |
|---|---|---|
| 12/12/2013 | PAYMENT ON ACCOUNT, Thank you | ($7,500.00) |
| | Total payments and adjustments | ($7,500.00) |
| | Credit balance | ($3,000.00) |

Isaac Grinspan

Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Anthony A. Capetola | 0.50 | 600.00 | $300.00 |
| Danielle Seid | 10.50 | 400.00 | $4,200.00 |
| Danielle Seid | 2.00 | 0.00 | $0.00 |

The Law Offices of
**ANTHONY A. CAPETOLA**
ATTORNEYS AND COUNSELORS AT LAW
TWO HILLSIDE AVENUE
BUILDING C
WILLISTON PARK, NY 11596
TEL:(516) 746-2300
FAX:(516) 746-2318

February 04, 2014

Isaac Grinspan
430 Rugby Road
Cedarhurst, NY 11515

In Reference To:  Grinspan v. Grinspan

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/6/2014 | AAC | Review lengthy submission to bankruptcy court. | 0.75 | 450.00 |
|  | DS | Drafted Order for release of forensic report with Notice of Settlement | 0.75 | 300.00 |
|  | DS | Review of letter with Exhibits A-O | 0.75 | 300.00 |
| 1/8/2014 | DS | Meeting with client; worked on cross-motion | 1.50 | 600.00 |
| 1/9/2014 | DS | Drafted Cross Motion | 1.50 | 600.00 |
| 1/12/2014 | DS | Legal research for cross-motion | 1.00 | 400.00 |
| 1/13/2014 | DS | Drafted Notice of Cross-Motion, Affidavit and Affirmation and exhibits | 6.00 | 2,400.00 |
|  | JLG | Research regarding enforceability of provision in client's agreement. | 1.50 | 450.00 |
|  | JLG | Continued legal research regarding enforceability of provision in client's agreement. | 3.50 | NO CHARGE |
| 1/14/2014 | DS | Travel and appearance at Nassau County Supreme Court 2:30 p.m. to 4:00 p.m. | 1.50 | 600.00 |
|  | DS | Finalized Cross-Motion and supporting documentation | 3.00 | 1,200.00 |
| 1/16/2014 | DS | Review of file provided by prior counsel | 1.00 | 400.00 |
| 1/21/2014 | DS | Review of letter and proposed order of adversary. | 0.25 | 100.00 |
| 1/22/2014 | DS | Letter to Court. | 0.25 | 100.00 |
| 1/24/2014 | DS | Telephone conference with client's bankruptcy attorney. | 0.50 | 200.00 |
| 1/27/2014 | DS | Discussions with Law Guardian | 0.25 | 100.00 |
| 1/30/2014 | DS | Letter to Law Guardian | 0.25 | 100.00 |
|  | AAC | Review Law Guardian Order. | 0.50 | 300.00 |
|  | DS | Conference call with Court, adversary regarding submission of order by Mr. Seidemann. | 0.50 | 200.00 |
| | | For professional services rendered | 25.25 | $8,800.00 |

Isaac Grinspan                                                                        Page    2

Additional Charges :

|  |  | Amount |
|---|---|---|
| 1/7/2014 | Messenger Service to File Notice of Settlement at Matrimonial Center | 50.00 |
| 1/8/2014 | Check No. 6548 payable to Nassau County Clerk - motion fee. | 45.00 |
| 1/30/2014 | Fedex Overnight Mail to Jeffrey Halbreich, Esq. on 12/27/13. | 38.11 |
|  | Total additional charges | $133.11 |
|  | Total amount of this bill | $8,933.11 |
|  | Previous balance | ($3,000.00) |
|  | Balance due | $5,933.11 |

Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Anthony A. Capetola | 1.25 | 600.00 | $750.00 |
| Jennifer L Garber | 1.50 | 300.00 | $450.00 |
| Jennifer L Garber | 3.50 | 0.00 | $0.00 |
| Danielle Seid | 19.00 | 400.00 | $7,600.00 |

The Law Offices of
**ANTHONY A. CAPETOLA**
ATTORNEYS AND COUNSELORS AT LAW
TWO HILLSIDE AVENUE
BUILDING C
WILLISTON PARK, NY 11596
TEL:(516) 746-2300
FAX:(516) 746-2318

March 05, 2014

Isaac Grinspan
430 Rugby Road
Cedarhurst, NY 11515

In Reference To:  Grinspan v. Grinspan

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/4/2014 | DS | Telephone conference with Law Guardian | 0.25 | 100.00 |
| | DS | Telephone conference with adversary | 0.25 | 100.00 |
| 2/5/2014 | DS | Telephone conferences with adversary, Law Guardian and client regarding child's birthday | 1.00 | 400.00 |
| 2/6/2014 | DS | Letter to Court | 0.25 | 100.00 |
| | DS | Telephone conference with adversary | 0.25 | 100.00 |
| | DS | Letter to Court, adversary and Law Guardian regarding child's birthday | 1.00 | 400.00 |
| 2/7/2014 | DS | Reviewed forensic report and discussed with Dr. Favaro | 0.50 | 200.00 |
| 2/11/2014 | DS | Letter to Seidemann regarding therapist | 0.25 | 100.00 |
| 2/14/2014 | DS | Two letters to adversary and therapist regarding visitation | 0.75 | 300.00 |
| 2/17/2014 | DS | Telephone conference with client; correspondence with adversary, law guardian and client | 1.00 | 400.00 |
| 2/18/2014 | DS | Letter to adversary and Law Guardian | 0.50 | 200.00 |
| | DS | Letter to adversary and Law Guardian | 0.50 | 200.00 |
| 2/19/2014 | DS | Letter to adversary | 0.25 | 100.00 |
| 2/20/2014 | DS | Two letters to adversary and Law Guardian; telephone conference with Law Guardian | 0.75 | 300.00 |
| 2/21/2014 | DS | Letter to adversary and Law guardian regarding incident on prior evening | 0.50 | 200.00 |
| 2/26/2014 | DS | Letter to adversary regarding visitation; telephone conference with Law Guardian | 0.50 | 200.00 |
| | DS | Letter to adversary and law guardian regarding visitation. | 0.25 | 100.00 |
| | For professional services rendered | | 8.75 | $3,500.00 |

| | | |
|---|---|---|
| Previous balance | | $5,933.11 |

Accounts receivable transactions

| | | |
|---|---|---|
| 2/24/2014 PAYMENT ON ACCOUNT, Thank you. Check No. 1090 | | ($6,000.00) |
| Total payments and adjustments | | ($6,000.00) |

Isaac Grinspan                                                          Page    2

|  | Amount |
|---|---|
| Balance due | $3,433.11 |

## Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Danielle Seid | 8.75 | 400.00 | $3,500.00 |

The Law Offices of
**ANTHONY A. CAPETOLA**
ATTORNEYS AND COUNSELORS AT LAW
TWO HILLSIDE AVENUE
BUILDING C
WILLISTON PARK, NY 11596
TEL:(516) 746-2300
FAX:(516) 746-2318

April 03, 2014

Isaac Grinspan
430 Rugby Road
Cedarhurst, NY 11515

In Reference To:   Grinspan v. Grinspan

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/3/2014 | AAC | Review correspondence. | 0.25 | 150.00 |
| 3/5/2014 | DS | Travel and appearance at Nassau Supreme Court for conference | 1.00 | 400.00 |
| 3/6/2014 | DS | Letter to adversary and Law Guardian; telephone conference with adversary | 0.50 | 200.00 |
| | DS | Communications with client | 0.25 | 100.00 |
| 3/12/2014 | DS | Letter and call to Law Guardian | 0.50 | 200.00 |
| 3/13/2014 | DS | Telephone conference call with Law Guardian | 0.25 | 100.00 |
| | DS | Telephone conference with David Seidemann | 0.25 | 100.00 |
| 3/14/2014 | DS | Letter to adversary; communications with adversary, law guardian and client | 1.00 | 400.00 |
| | DS | Review of opposition and reply | 1.00 | 400.00 |
| 3/17/2014 | AAC | Court appearance. | 1.00 | 600.00 |
| | DS | Travel and appearance at Conference at Nassau Supreme Court | 3.00 | 1,200.00 |
| | DS | Travel and appearance at meeting with Dr. Favaro | 2.00 | 800.00 |
| 3/26/2014 | DS | Letter to Law Guardian | 0.50 | 200.00 |
| | DS | Letter to adversary and Law Guardian | 0.50 | 200.00 |
| | DS | Review of responsive letter and drafted reply | 0.50 | 200.00 |
| | DS | Telephone conference with Law Guardian | 0.25 | 100.00 |
| | For professional services rendered | | 12.75 | $5,350.00 |

Previous balance                                          $3,433.11

Balance due                                               $8,783.11

Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Anthony A. Capetola | 1.25 | 600.00 | $750.00 |
| Danielle Seid | 11.50 | 400.00 | $4,600.00 |

The Law Offices of
**ANTHONY A. CAPETOLA**
ATTORNEYS AND COUNSELORS AT LAW
TWO HILLSIDE AVENUE
BUILDING C
WILLISTON PARK, NY 11596
TEL:(516) 746-2300
FAX:(516) 746-2318

May 02, 2014

Isaac Grinspan
430 Rugby Road
Cedarhurst, NY 11515

In Reference To: Grinspan v. Grinspan

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/7/2014 | DS | Telephone conference with Law Guardian and letter | 0.50 | 200.00 |
| 4/8/2014 | DS | Reviewed two letters from adversary and prepared letter to Court, adversary and Law Guardian to schedule telephone conference | 0.75 | 300.00 |
| 4/9/2014 | DS | Telephone conference with Law Guardian and adversary regarding particulars of Passover | 0.25 | 100.00 |
|  | DS | Began draft of Reply | 1.00 | 400.00 |
|  | AAC | Review correspondence. | 0.25 | 150.00 |
| 4/10/2014 | DS | Letter to adversary; telephone conference with adversary and client | 0.75 | 300.00 |
| 4/11/2014 | DS | Letter and correspondence | 0.50 | 200.00 |
|  | DS | Several letters regarding Passover; several telephone conferences with adversary | 0.75 | 300.00 |
| 4/16/2014 | DS | Telephone conference with bankruptcy attorney | 0.25 | 100.00 |
| 4/28/2014 | DS | Drafted Reply Affirmation | 2.50 | 1,000.00 |
| 4/29/2014 | AAC | Court appearance. | 1.00 | 600.00 |
|  | DS | Travel and appearance at Nassau Supreme Court for Conference 9:30 a.m. to 12:30 p.m. | 3.00 | 1,200.00 |
| 4/30/2014 | DS | Telephone conference with client and client's bankruptcy attorney | 1.00 | 400.00 |
|  | DS | Review of several email communications and documents from bankruptcy attorney | 0.50 | 200.00 |

| For professional services rendered | 13.00 | $5,450.00 |
|---|---|---|

| Previous balance | $8,783.11 |
|---|---|

Accounts receivable transactions

| 4/28/2014 PAYMENT ON ACCOUNT, Thank you. Check No. 104 | ($5,000.00) |
|---|---|

| Total payments and adjustments | ($5,000.00) |
|---|---|

Isaac Grinspan

|  | Amount |
|---|---|
| Balance due | $9,233.11 |

## Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Anthony A. Capetola | 1.25 | 600.00 | $750.00 |
| Danielle Seid | 11.75 | 400.00 | $4,700.00 |

The Law Offices of
**ANTHONY A. CAPETOLA**
ATTORNEYS AND COUNSELORS AT LAW
TWO HILLSIDE AVENUE
BUILDING C
WILLISTON PARK, NY 11596
TEL:(516) 746-2300
FAX:(516) 746-2318

June 04, 2014

Isaac Grinspan
430 Rugby Road
Cedarhurst, NY 11515

In Reference To:  Grinspan v. Grinspan

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/1/2014 | DS | Letter to adversary | 0.25 | 100.00 |
| 5/2/2014 | DS | Telephone discussions with client, bankruptcy attorney, review Affirmation draft by bankruptcy attorney, meeting with Anthony A. Capetola with regard to same | 1.00 | 400.00 |
| 5/16/2014 | DS | Telephone conference with Jeffrey Halbreich, Esq.; received/reviewed letter from Jeffrey Halbreich, Esq. | 0.50 | 200.00 |
| 5/19/2014 | DS | Letter to adversary regarding scheduled performance for G⁻ | 0.25 | 100.00 |
| 5/20/2014 | DS | Letter to all counsel and Dr. Favaro | 0.50 | 200.00 |
| 5/22/2014 | DS | Letter to adversary regarding G⁻ 's performance and M⁻ s therapist | 0.25 | 100.00 |
| | DS | Telephone conference with adversary | 0.25 | 100.00 |
| 5/23/2014 | DS | Telephone conference with client | 0.25 | 100.00 |
| 5/30/2014 | DS | Several communications with client, adversary and court | 0.25 | 100.00 |
| | | For professional services rendered | 3.50 | $1,400.00 |

Previous balance                                                                     $9,233.11

Accounts receivable transactions

5/19/2014  PAYMENT ON ACCOUNT, Thank you                                ($5,000.00)
5/20/2014  PAYMENT ON ACCOUNT, Thank you                                ($4,233.11)

Total payments and adjustments                                           ($9,233.11)

Balance due                                                                       $1,400.00

Isaac Grinspan

Attorney Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Danielle Seid | 3.50 | 400.00 | $1,400.00 |

The Law Offices of
**ANTHONY A. CAPETOLA**
ATTORNEYS AND COUNSELORS AT LAW
TWO HILLSIDE AVENUE
BUILDING C
WILLISTON PARK, NY 11596
TEL:(516) 746-2300
FAX:(516) 746-2318

July 03, 2014

Isaac Grinspan
430 Rugby Road
Cedarhurst, NY 11515

In Reference To:  Grinspan v. Grinspan

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/3/2014 | DS | Telephone conference with adversary and Court | 0.25 | 100.00 |
| 6/6/2014 | DS | Prepared memo for court conference | 0.25 | 100.00 |
| 6/9/2014 | AAC | Preparation for court. | 0.50 | 300.00 |
| 6/10/2014 | AAC | Travel to and court appearance. | 2.00 | 1,200.00 |
| 6/13/2014 | DS | Letter to all counsel | 0.50 | 200.00 |
| 6/16/2014 | AAC | Review correspondence. | 0.25 | 150.00 |
| | | Telephone conference with Court and client. | | |
| 6/18/2014 | AAC | Review correspondence. | 0.25 | 150.00 |
| | | For professional services rendered | 4.00 | $2,200.00 |

Additional Charges :

| | | | Amount |
|---|---|---|---|
| 6/27/2014 | AT & T Conference call on April 9, 2014. | | 73.04 |
| 6/30/2014 | Telephone conference from April 9, 2014 charge. | | 73.04 |
| | Total additional charges | | $146.08 |
| | Total amount of this bill | | $2,346.08 |
| | Previous balance | | $1,400.00 |
| | Balance due | | $3,746.08 |

Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Anthony A. Capetola | 3.00 | 600.00 | $1,800.00 |

Isaac Grinspan

| Name | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Danielle Seid | 1.00 | 400.00 | $400.00 |

The Law Offices of
## ANTHONY A. CAPETOLA
ATTORNEYS AND COUNSELORS AT LAW
TWO HILLSIDE AVENUE
BUILDING C
WILLISTON PARK, NY 11596
TEL:(516) 746-2300
FAX.(516) 746-2318

August 05, 2014

Isaac Grinspan
430 Rugby Road
Cedarhurst, NY 11515

In Reference To:  Grinspan v. Grinspan

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/2/2014 | DS | Telephone conferences with client and adversary | 0.50 | 200.00 |
| 7/3/2014 | DS | Letter to adversary | 0.50 | 200.00 |
| 7/11/2014 | AAC | Review correspondence. | 0.25 | 150.00 |
| 7/22/2014 | DS | Telephone conference with client and Law Guardian | 0.50 | 200.00 |
| 7/23/2014 | AAC | Court appearance. | 1.50 | 900.00 |
| | DS | Travel and appearance at Nassau Supreme Court for meeting with Law Guardian and adversary. Adversary never appeared after waiting. Spoke with Law Guardian and Court regarding motion | 2.00 | 800.00 |
| | DS | Letter to adversary | 0.25 | 100.00 |
| | | For professional services rendered | 5.50 | $2,550.00 |
| | | Previous balance | | $3,746.00 |
| | | Balance due | | $6,296.00 |

Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Anthony A. Capetola | 1.75 | 600.00 | $1,050.00 |
| Danielle Seid | 3.75 | 400.00 | $1,500.00 |

Isaac Grinspan

Attorney Summary

| Name | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Anthony A. Capetola | 2.00 | 600.00 | $1,200.00 |
| Danielle Seid | 15.25 | 400.00 | $6,100.00 |

The Law Offices of
**ANTHONY A. CAPETOLA**
ATTORNEYS AND COUNSELORS AT LAW
TWO HILLSIDE AVENUE
BUILDING C
WILLISTON PARK, NY 11596
TEL:(516) 746-2300
FAX:(516) 746-2318

September 04, 2014

Isaac Grinspan
430 Rugby Road
Cedarhurst, NY 11515

In Reference To:  Grinspan v. Grinspan

---

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/6/2014 | DS | Meeting with Law Guardian and adversary | 1.50 | 600.00 |
|  | DS | Telephone conference with client | 0.50 | 200.00 |
| 8/7/2014 | DS | Conference with Anthony A. Capetola, Esq. and letter to Law Guardian and adversary | 1.00 | 400.00 |
| 8/11/2014 | DS | Preparation for Court conference | 0.50 | 200.00 |
| 8/12/2014 | DS | Travel and appearance at Nassau County Supreme Court for Conference | 3.00 | 1,200.00 |
|  | AAC | Court appearance. | 2.00 | 1,200.00 |
| 8/13/2014 | DS | Telephone conference with Law Guardian | 0.50 | 200.00 |
| 8/14/2014 | DS | Several telephone conferences with client, adversary and Law Guardian | 1.00 | 400.00 |
| 8/15/2014 | DS | Telephone conference with client and Law guardian | 0.50 | 200.00 |
| 8/19/2014 | DS | Two letters to Law Guardian and adversary | 0.75 | 300.00 |
|  | DS | Telephone conference with Law Guardian | 0.25 | 100.00 |
| 8/20/2014 | DS | Several telephone conference with adversary and client | 0.75 | 300.00 |
|  | DS | Telephone conferences with adversary, Dr. Favaro,, Dr. Kaplan; letter to adversary | 1.50 | 600.00 |
| 8/21/2014 | DS | Telephone conference with Dr. Favaro's office | 1.00 | 400.00 |
|  | DS | Lengthy letter to opposing attorney | 1.50 | 600.00 |
| 8/26/2014 | DS | Telephone conference with Theresa Favaro | 0.25 | 100.00 |
| 8/27/2014 | DS | Communications with client | 0.25 | 100.00 |
|  | DS | Telephone conference with opposing attorney and client | 0.50 | 200.00 |
|  |  | For professional services rendered | 17.25 | $7,300.00 |

Previous balance                                                                           $6,296.08

Balance due                                                                                $13,596.08

Isaac Grinspan                                                              Page      2

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Attorney Summary | | | |
| Anthony A. Capetola | 2.00 | 600.00 | $1,200.00 |
| Danielle Seid | 15.25 | 400.00 | $6,100.00 |

The Law Offices of
**ANTHONY A. CAPETOLA**
ATTORNEYS AND COUNSELORS AT LAW
TWO HILLSIDE AVENUE
BUILDING C
WILLISTON PARK, NY 11596
TEL:(516) 746-2300
FAX:(516) 746-2318



EMAILED
to client 10/2/14

October 02, 2014

Isaac Grinspan
MDLMGR@aol.com

In Reference To:  Grinspan v. Grinspan

Professional Services

| | | Hours | Amount |
|---|---|---|---|
| 9/2/2014 DS | Communications with client | 0.25 | 100.00 |
| 9/3/2014 DS | Letter to adversary and Law Guardian | 0.50 | 200.00 |
| DS | Telephone conference with adversary | 0.25 | 100.00 |
| 9/4/2014 DS | Letter and telephone conference with adversary | 0.50 | 200.00 |
| 9/12/2014 DS | Telephone conference with client; Preparation for 9/15/14 court appearance | 0.50 | 200.00 |
| DS | Telephone conference with Teresa Favaro | 0.25 | 100.00 |
| 9/15/2014 DS | Travel and appearance at Nassau Supreme Court for conference | 2.00 | 800.00 |
| AAC | Prep for court and court appearance | 1.25 | 750.00 |
| 9/19/2014 AAC | Review correspondence. | 0.25 | 150.00 |
| | For professional services rendered | 5.75 | $2,600.00 |

| | | |
|---|---|---|
| Previous balance | | $13,596.08 |

Accounts receivable transactions

| 9/8/2014 PAYMENT ON ACCOUNT, Thank you | ($3,000.00) |
|---|---|
| Total payments and adjustments | ($3,000.00) |

| Balance due | $13,196.08 |
|---|---|

Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Anthony A. Capetola | 1.50 | 600.00 | $900.00 |
| Danielle Seid | 4.25 | 400.00 | $1,700.00 |

THE LAW OFFICES OF ANTHONY A. CAPETOLA

The Law Offices of
**ANTHONY A. CAPETOLA**
ATTORNEYS AND COUNSELORS AT LAW
TWO HILLSIDE AVENUE
BUILDING C
WILLISTON PARK, NY 11596
TEL:(516) 746-2300
FAX:(516) 746-2318

November 05, 2014

Isaac Grinspan
MDLMGR@aol.com

*to client 11/5/14*

In Reference To:  Grinspan v. Grinspan

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/3/2014 | DS | Email to client. | 0.25 | 100.00 |
| 10/7/2014 | DS | Telephone conferences with client, Dr. Favaro and adversary | 1.00 | 400.00 |
|  | RC | Review motion | 1.50 | NO CHARGE |
| 10/8/2014 | DS | Three letters to Court, Law Guardian, adversary and Dr. Favaro; review of responsive correspondence | 2.00 | 800.00 |
|  | DS | Several telephone conferences with client, adversary and Law Guardian | 1.50 | 600.00 |
|  | DS | Preparation for Emergency Conference | 1.00 | 400.00 |
|  | AAC | Telephone conference with DS, conference with court. | 1.00 | 600.00 |
|  | AAC | Conference call with court and all counsel in presence of Donna. Multiple Telephone conferences with counsel. | 0.75 | 450.00 |
| 10/14/2014 | AAC | Preparation for and court appearance. | 2.00 | 1,200.00 |
|  | DS | Conference with Court regarding several issues, custody, etc. | 3.50 | 1,400.00 |
|  | DS | Telephone conference with Teresa Favaro | 0.50 | 200.00 |
| 10/16/2014 | AAC | Review Order. | 0.50 | 300.00 |
| 10/18/2014 | AAC | Review correspondence. | 0.25 | 150.00 |
| 10/19/2014 | DS | Communications with client. | 0.50 | 200.00 |
| 10/20/2014 | AAC | Conference call with Halbreich. | 0.25 | 150.00 |
|  | DS | Responsive letter to Chambers. Telephone conferences with client. | 1.50 | 600.00 |
|  | DS | Telephone conference with law guardian. | 0.25 | 100.00 |
| 10/22/2014 | DS | Communications with client and opposing attorney regarding mother's pick up of child at school | 0.25 | 100.00 |
| 10/27/2014 | DS | Discussions with Law Guardian and client. | 0.50 | 200.00 |
| 10/28/2014 | DS | Correspondence from adversary. Telephone conference with client. | 0.50 | 200.00 |
| 10/30/2014 | AAC | Review correspondence. | 0.25 | 150.00 |
| 10/31/2014 | DS | Review email from client and correspondence from adversary. | 0.25 | 100.00 |
|  |  | For professional services rendered | 20.00 | $8,400.00 |
|  |  | Previous balance |  | $13,196.08 |

Isaac Grinspan

| | Amount |
|---|---|
| Accounts receivable transactions | |
| 10/23/2014 PAYMENT ON ACCOUNT, Thank you | ($13,000.00) |
| Total payments and adjustments | ($13,000.00) |
| Balance due | $8,596.08 |

## Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Anthony A. Capetola | 5.00 | 600.00 | $3,000.00 |
| Regina Competiello | 1.50 | 0.00 | $0.00 |
| Danielle Seid | 13.50 | 400.00 | $5,400.00 |

The Law Offices of
**ANTHONY A. CAPETOLA**
ATTORNEYS AND COUNSELORS AT LAW
TWO HILLSIDE AVENUE
BUILDING C
WILLISTON PARK, NY 11596
TEL:(516) 746-2300
FAX:(516) 746-2318

December 03, 2014

Isaac Grinspan
MDLMGR@aol.com

*for client 12/5/14*

In Reference To:  Grinspan v. Grinspan

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/3/2014 | DS | Letter to adversary in response to their correspondence | 0.50 | 200.00 |
| 11/4/2014 | AAC | Review correspondence. | 0.25 | 150.00 |
| 11/5/2014 | DS | Telephone conference with client | 0.25 | 100.00 |
| | DS | Calls with client | 0.50 | 200.00 |
| 11/6/2014 | DS | Letter to attorney, Law Guardian and Favaro | 0.50 | 200.00 |
| 11/12/2014 | AAC | Work on case. | 0.50 | 300.00 |
| | | Review correspondence. | | |
| 11/14/2014 | DS | Trial prep | 2.00 | 800.00 |
| 11/17/2014 | AAC | Telephone conference and preparation for Court. | 1.25 | 750.00 |
| | DS | Trial prep | 2.00 | 800.00 |
| 11/18/2014 | DS | Preparation for trial with client - in-office meeting | 3.00 | 1,200.00 |
| | DS | Preparation of trial box | 3.00 | 1,200.00 |
| 11/19/2014 | DS | Trial preparation; telephone conferences with adversary and court | 5.00 | 2,000.00 |
| | AAC | Preparation for trial. | 2.00 | 1,200.00 |
| 11/20/2014 | DS | Travel and appearance at Court for scheduled trial | 3.50 | 1,400.00 |
| | AAC | Preparation for and court appearance before Judge Pardes. | 2.00 | 1,200.00 |
| 11/25/2014 | DS | Telephone conference with Dr. Favaro | 0.50 | 200.00 |
| | | | 26.75 | $11,900.00 |

For professional services rendered

Additional Charges :

| | | Amount |
|---|---|---|
| 11/17/2014 | Trial Prep - photocopied multiple sets of documents for use at trial | 125.00 |
| 11/30/2014 | Conference call through AT & T on October 8, 2014. | 120.16 |
| | Total additional charges | $245.16 |

Total amount of this bill $12,145.16

Previous balance $8,596.08

Isaac Grinspan

| | Amount |
|---|---|
| Balance due | $20,741.24 |

### Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Anthony A. Capetola | 6.00 | 600.00 | $3,600.00 |
| Danielle Seid | 20.75 | 400.00 | $8,300.00 |

The Law Offices of
**ANTHONY A. CAPETOLA**
ATTORNEYS AND COUNSELORS AT LAW
TWO HILLSIDE AVENUE
BUILDING C
WILLISTON PARK, NY 11596
TEL:(516) 746-2300
FAX:(516) 746-2318

May 02, 2016

Isaac Grinspan
mdlmgr@aol.com

In Reference To:  Grinspan v. Grinspan

---

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/4/2016 | DS | Trial Prep | 2.00 | 800.00 |
| 4/7/2016 | DS | Trial preparation | 3.00 | 1,200.00 |
|  | DS | Call with Dr. Favaro's office | 0.25 | 100.00 |
|  | JLG | Trial preparation | 2.00 | 600.00 |
| 4/8/2016 | JLG | Trial Preparation | 3.00 | 900.00 |
| 4/10/2016 | DS | Trial Prep | 2.50 | 1,000.00 |
| 4/11/2016 | DS | Trial preparation | 4.00 | 1,600.00 |
|  | AAC | Review witness list. | 0.25 | 150.00 |
|  | JLG | Trial preparation with Michael and client | 2.00 | 600.00 |
| 4/12/2016 | DS | Trial Preparation | 4.00 | 1,600.00 |
|  | RC | Review text messages. | 1.00 | 325.00 |
|  | JLG | Assist Danielle Seid, in preparing for Trial | 0.50 | 150.00 |
| 4/13/2016 | DS | Travel and appearance for Hearing that did not go forward | 2.50 | 1,000.00 |
|  | DS | Letter to the Court (NO CHARGE) | 0.50 | NO CHARGE |
| 4/14/2016 | DS | Two letters to Court | 0.50 | 200.00 |
| 4/19/2016 | DS | Review of documents for trial | 0.50 | 200.00 |
| 4/20/2016 | DS | Testified in Federal Eastern District Bankruptcy Court matter (NO CHARGE) | 4.00 | NO CHARGE |

|  |  |  |
|---|---|---|
| For professional services rendered | 32.50 | $10,425.00 |
| Previous balance |  | $500.00 |
| Balance due |  | $10,925.00 |

Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Regina Competiello | 1.00 | 325.00 | $325.00 |
| Danielle Seid | 19.25 | 400.00 | $7,700.00 |

Isaac Grinspan

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Danielle Seid | 4.50 | 0.00 | $0.00 |
| Anthony A. Capetola | 0.25 | 600.00 | $150.00 |
| Jennifer L Garber | 7.50 | 300.00 | $2,250.00 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
In re                                                                    Chapter 7
                                                                             Case No.: 13-76084-las

     ISAAC GRINSPAN,

       Debtor.
-------------------------------------------------------X
ISAAC J. GRINSPAN,                                      Adv Proc No.: 14-08116-las

       Plaintiff,

     --against--

DAVID J SEIDEMANN, ESQ. and
TAMAR ARYN HARTMAN fka
TOMOR GRINSPAN,

       Defendants.
-------------------------------------------------------X

===============================================================

## PLAINTIFF'S AFFIDAVIT IN SUPPORT OF HIS CLAIM FOR HIS ACTUAL DAMAGES AGAINST THE DEFENDANTS RELATED TO THEIR WILLFUL VIOLATIONS OF THE AUTOMATIC STAY

===============================================================

Submitted by:

Richard V. Kanter, Esq.
555 Broadhollow Road, Suite 411
Melville, New York  11747

Attorney for Plaintiff,
Isaac J Grinspan

T/ 631-845-1400
F/ 631-752-4603